# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADJIR MASHIRI,<br><br>             Plaintiff,<br><br>     v.<br><br>BAY AREA CREDIT SERVICE, *ET AL.*,<br><br>             Defendants. | Case No.  15-cv-01763-BAS(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT BAY AREA CREDIT SERVICE**<br><br>(ECF No. 40) |

Presently before the Court is a joint motion to dismiss defendant Bay Area Credit Service ("BACS") from the above-entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2 filed by Plaintiff and BACS.  Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 40), and **DISMISSES** BACS and this entire action **WITH PREJUDICE**.  Each party to bear their own respective attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

**DATED: February 22, 2016**

Hon. Cynthia Bashant
United States District Judge